UNITED STATES COURT OF APPEALS FOR THE
SEVENTH CIRCUIT

MARY F. BELL,            )
                         )
    **Plaintiff-Appellant**  )
                         )   Case No. 22 C 50404
                         )
V.                       )
                         )
LOUIS DEJOY,             )   Appeal 24-1478
Postmaster General       )
                         )
                         )
    **Defendant-Appellee**   )

FILED
APR 10 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## APPEALLANT'S BRIEF

On March 21, 2024 Appellant, Mary F. Bell, filed a Notice of Appeal in the Northern District of Illinois, Rockford, Illinois. This Appeal had several deficiencies and mistakes that needed to be corrected. On March 25, 2024 which was the Appellant's sixtieth (60) day timeframe to file and or amend her Appeal. Timely filing Rule 303 (a): The Notice of Appeal may be amended without leave of the Court within the original 30 days (in this case 60 days, Federal Agency) period to file notice as set forth in paragraph (a) above, in Rule 303. The Appellant timely filed an Amended Appeal which corrected the errors including but not limited to case laws, exhibits, ROI and cites to the original Complaint, Amended Complaint and address each of the District Court's Dismissals.

On March 21, 2024 the Appellant was assigned Appeal number 24-1434 and when she amended her Appeal on March 25, 2024 she was assigned another Appeal Number, 24-1478. There was never supposed to be two Appeal numbers only one that was

1

amended on March 25, 2024. Appeal number 24-1478 is the only number that should be used in this Appeal, please disregard Appeal number 24-1434.

Again, Appeal number 24-1478 is not a duplicate and it is the only one with the corrections that should be used in this appeal.

Respectfully submitted,

*Mary F. Bell*

Mary Frances Bell
137 Bloomfield Dr
Woodstock, Illinois 60098